IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| KENNETH P. DOBBS and ) | Case No. 16 B 37300 |
| PATRICIA LOOKER ) | Hon. DONALD R. CASSLING |
| ) | Chapter 7 |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on May 25, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Julia Jensen Smolka, attorney for debtor
jjensen@dimonteandlizak.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Scott M. Levin
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604

                                                            /s/ Allan J. DeMars
                                                            Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603